UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 7/14/08

------------------------------x

Rodney Joseph,

                Plaintiff,

          -against-

Brian Fischer, et al.

                Defendants.

------------------------------x

08-CV-2824 (PKC)

**ORDER SCHEDULING
INITIAL PRETRIAL CONFERENCE**

**ANDREW J. PECK, United States Magistrate Judge:**

       IT IS HEREBY ORDERED that a conference is scheduled for Thursday July 17, 2008 at 11:00 A.M. before the undersigned in Courtroom 20D (500 Pearl Street). Defense counsel is to arrange for plaintiff, Mr. Rodney Joseph, to appear telephonically by calling chambers (212-805-0036) at the scheduled time.

       The parties are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

       SO ORDERED.

Dated:      New York, New York
                 July 11, 2008

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax** to:

Neil Shevlin, 212-416-6009

C:\ORD\Order Scheduling Status Conference

```
** Transmit Confirmation Report **
P.1                                              Jul 11 2008 02:09pm
HON ANDREW J PECK SDNY Fax:212-805-7933
```

| Name/Fax No. | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 912124166009 | Normal | 11,02:08pm | 0'19" | 2 | # O K | |

# FAX TRANSMITTAL SHEET



**ANDREW J. PECK**
**UNITED STATES CHIEF MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:      (212) 805-7933
Telephone No.: (212) 805-0036

Dated: __July 11, 2008__            Total Number of Pages: ___

| TO | FAX NUMBER |
|---|---|
| Neil Shevlin, Esq. | 212-416-6009 |
| | |
| | |
| | |
| | |

The judge's rules are not attached (as indicated in the Order), but can be located online at
http://www1.nysd.uscourts.gov/cases/show.php?db=judge_info&id=14

- Doug